```
                 UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                            Case No. 07-cr-14-PB

**Daniel Forlizzi**

### O R D E R

The defendant, through counsel, has moved to continue the May 1, 2007 trial in the above case for 120 days, citing the need for additional time to complete discovery and prepare a defense. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 1, 2007 to September 5, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The April 20, 2007 final pretrial conference is continue to August 23, 2007 at 3:45 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 6, 2007

cc: Michael C. Shklar Esq.
    Robert Viega, AUSA
    United States Probation
    United States Marshal